```
                IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                           WESTERN DIVISION


DON PARKER                                              PLAINTIFF

VS.                            CIVIL ACTION NO. 5:05-cv-209(DCB)(JMR)

TYSON FOODS, INC., and
RICHARD SHEWMAKER, Individually                        DEFENDANTS
```

## FINAL JUDGMENT

This cause having come before the court on the defendants' motion for summary judgment, and the motion having been granted as to all federal claims, and the Court having determined that supplemental jurisdiction over the plaintiff's state law claims should not be exercised and that all state law claims should be dismissed without prejudice; accordingly,

IT IS HEREBY ORDERED AND ADJUDGED that all federal claims in this action are dismissed with prejudice;

FURTHER ORDERED AND ADJUDGED that all state law claims in this action are dismissed without prejudice.

SO ORDERED AND ADJUDGED, this the  9th  day of July, 2007.

```
                              s/ David Bramlette
                              UNITED STATES DISTRICT JUDGE
```